**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

|  |  |
|---|---|
| **In the Matter of the Complaint of** | * |
| **Scott Moore, as Administrator of the Estate Of Gregory Moore, Owner of the Vessel "REEL INTIMIDATOR" for Exoneration From or Limitation of Liability** | *  Case No.: 1:17-cv-1310-PWG |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the Court's Memorandum Opinion dated September 21, 2020, the Defendant's Motion to Dismiss (ECF No. 74) is GRANTED. Plaintiff's Complaint is DISMISSED with prejudice, for lack of subject matter jurisdiction, and the Clerk is DIRECTED to CLOSE THIS CASE.

DATED this 21st day of September, 2020.

BY THE COURT:

/S/
Paul W. Grimm
United States District Judge